NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE JOSE NARANJO,**
*Petitioner.*

---

2014-126

---

On Petition for Writ of Mandamus to the United States District Court for the District of Columbia in No. 1:93-cr-00418-TFH-4, Senior Judge Thomas F. Hogan.

---

**ON MOTION**

---

PER CURIAM.

## ORDER

Upon docketing of this recent petition for a writ of mandamus, this court considers whether to transfer the matter to the appropriate regional circuit.

This petition appears to arise out of Jose Naranjo's writ of habeas corpus filed in the United States District Court for the District of Columbia. This court is a court of limited jurisdiction, 28 U.S.C. § 1295, which does not include this matter. We therefore transfer the matter and all pending motions to the United States Court of Appeals for the D.C. Circuit pursuant to 28 U.S.C. § 1631.

Accordingly,

2                                    IN RE NARANJO


IT IS ORDERED THAT:

The petition and all pending motions are transferred pursuant to 28 U.S.C. §1631 to the United States Court of Appeals for the D.C. Circuit.


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s19